UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PRIMAL PALATE, LLC,
a Pennsylvania corporation

Plaintiff(s),

Case No. 2:15-cv-13977-LVP-MJH

v.

Judge Linda V. Parker

SAVORX, LLC (d/b/a "Spiceologist"),
a Washington corporation,

Magistrate Judge Michael Hluchaniuk

Defendant(s).
_____/

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, <u>Eastern District of Michigan</u>, on the following ☐ Patents or ☑ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 86135875 | 9/16/2014 | Primal Palate, LLC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: November 12, 2015

/s/ Steven Susser
P52940
Carlson, Gaskey & Olds, P.C.
400 W. Maple Rd.
Suite 350
Birmingham, MI 48009
248-988-8360
ssusser@cgolaw.com